**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ronald J. Allison, | Case No.: 2:26-cv-01675-APG |
| Plaintiff | **Order Denying Permission to Proceed and Closing Case** |
| v. | |
| NDOC, et al., | [ECF No. 1] |
| Defendants | |

Plaintiff Ronald J. Allison is subject to a vexatious litigant pre-filing order issued by Judge Silva. *See Allison v. United States Courts Clerks Office,* 2:22-cv-01114-CDS-EJY, ECF No. 4. Under that order, before Allison can file a new action in this court as a pro se litigant, he must satisfy the following conditions:

• Allison must apply to the Chief Judge of this District for leave to file the initiating documents by submitting to the clerk's office an application bearing the title "Application to Chief District Judge Seeking Leave to File" and which must be supported by a declaration from Allison, made under penalty of perjury, stating that (1) the matters asserted in the new complaint or papers have never been raised and disposed of on their merits by any court; (2) the claim or claims are not frivolous or made in bad faith; and (3) he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims; and

• Allison must attach a copy of [Judge Silva's] Order to any such application.

*Id.* at 10-1.

Allison has not met the requirements in this case. The document he filed was docketed as an application seeking leave to file his complaint. ECF No. 1. However, it is a two-page purported complaint that references extortion, murder, and organized crime without setting forth any specific allegations. He makes no reference to Judge Silva's Order. He did not file any declaration, much less a declaration made under penalty of perjury stating that the complaint

asserts matters that have not been previously raised on their merits, that the claims are not frivolous, or that he has conducted a reasonable investigation into the claims. So he has failed to meet the conditions set by the vexatious litigant order, and I deny him permission to file this action. If Allison wishes to pursue this claim, he must file his complaint in a new case together with an application seeking leave to file and the required declaration under penalty of perjury.

I THEREFORE ORDER that the petitioner's Application to Chief District Judge Seeking Leave to File (ECF No. 1) is DENIED.

I FURTHER ORDER this action is DISMISSED without prejudice in its entirety based on the petitioner's failure to comply with the pre-filing requirements that apply to him.

The Clerk of the Court is directed to enter judgment accordingly and close this case. No other documents may be filed in this now-closed case. If the petitioner wishes to seek permission to file a new case in this Court, he must comply with the pre-filing requirements in Judge Silva's Order.

DATED: June 16, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2